# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF P. K.

LAUREN KAHL,
                    Appellant,
vs.
SHAWN ZAREK WILLIAMS,
                    Respondent.

No. 70815

FILED

AUG 2 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a series of interlocutory orders setting temporary visitation pending an evidentiary hearing. Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order/judgment as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The orders of February 3, 2016; April 4, 2016; and June 29, 2016, grant respondent temporary visitation, and anticipate further

16-2591p

proceedings at an evidentiary hearing. Accordingly we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                       Pickering

cc:  Hon. Lisa M. Brown, District Judge, Family Court Division
     Lauren Kahl
     Steinberg Law Group
     Eighth District Court Clerk

---

[1]We deny as moot respondent's "Objection to Execution of 'Stay' Orders and Recommendation: Notice of Appeal Supersedeas Bond," filed July 21, 2016, and appellant's motion for an extension of time filed August 12, 2016.